```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-181-WFN-10 |
| Plaintiff, | ORDER DENYING MOTION TO MODIFY |
| v. | |
| DONALD B. CUMMINGS, | |
| Defendant. | |

The Motion to Modify **(ECF No. 333)** is **DENIED.** While it is a positive step Defendant has taken in finding employment, there is insufficient structure in the release plan to permit supervisability.

**IT IS SO ORDERED.**

DATED April 26, 2012.

                        S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO MODIFY - 1