1
2
3
4                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
5
   UNITED STATES OF AMERICA,      )  No. CR-11-181-WFN-10
6                                 )
           Plaintiff,             )  ORDER GRANTING THE UNOPPOSED
7                                 )  MOTION TO MODIFY, AS AMENDED
   v.                             )
8                                 )
   DONALD B. CUMMINGS,            )
9                                 )
           Defendant.             )
10                                )
   _____  )
11
12        The Defendant's unopposed Motion to Modify **(ECF No. 411)** is
13 **GRANTED** as amended at the hearing.  As discussed in court,
14 Defendant's family does not have criminal histories, and Defendant
15 shall participate in confirmed drug testing while away with his
16 family.
17        **IT IS SO ORDERED.**
18        DATED June 29, 2012.
19
20                      S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

   ORDER GRANTING THE UNOPPOSED MOTION TO MODIFY, AS AMENDED - 1