```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-181-WFN-10 |
| Plaintiff, | |
| v. | ORDER DENYING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |
| DONALD BRUCE CUMMINGS, | |
| Defendant. | |

Before the court is Defendant's unopposed Motion to Modify Conditions of Release. The United States and Defendant's supervising Pretrial Services Officer have advised the court there is no objection to Defendant's requested modification. In addition, the court notes that on February 16, 2012, the United States did not oppose Defendant's Motion for release. However, a review of the file reflects a significant criminal history. Accordingly, the Motion to Modify, **ECF No. 540,** is **DENIED.**

Defendant shall appear for a status conference on **October 15, 2012, at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED October 5, 2012.

```
                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE
```

ORDER DENYING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1